| | |
|---|---|
| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** | Case No.: |
| In re:<br><br><br>Debtor(s). | Chapter: |

## NOTICE OF CHANGE OF ADDRESS

[*Note: An **attorney** changing the attorney's address or firm affiliation should use form hib_83-1h.*]*

The undersigned hereby gives notice of the following change effective: _____.

  Debtor is providing <u>Debtor's new address</u> to replace the old address for notice and other purposes.

  Debtor is providing a <u>creditor's new or corrected address</u> to replace existing information in the matrix.

  Creditor is providing <u>creditor's new or corrected address</u> to replace existing information in this case.

  Other: _____

| *Name and Old Address:* | *Name and **New** Address:* |
|---|---|
| | |

Date: _____       Signature: /s/_____
                                  Name:

*Please also note:

1. For a change in the debtor's <u>name</u>, an amended petition must be filed.
2. If the creditor or other party is not already on the mailing matrix, the debtor must file an amended matrix - the creditor must file a notice of appearance and request for notice.
3. A creditor changing its address must file a notice of change of address in each case in which it is involved.
4. For a change of address with respect to a proof of claim and where notices or payments should be sent, use form hib_2002g1a.

hib_2002g          6/04

U.S. Bankruptcy Court - Hawaii   #11-00017  Dkt # 8  Filed  01/18/11  Page 1 of 1